UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Pedro Filipinga

    v.                                                                                                  Civil Case No. 26-cv-143-JL

Christopher Brackett, et al.

## ORDER

    Before the court is the habeas petition brought by Pedro Filipinga challenging his ongoing ICE detention.  In their response to the court's order to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin, Warden,* No. 1:25-CV-374-SE-AJ, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.),  the respondents "acknowledge[d] that if the Court applies the reasoning set forth in *Destino* in the instant case, the Court would likely reach the same result," but "maintain[ed] that *Destino* was wrongly decided," that the petitioner is held under 8 U.S.C. § 1225, and, without elaborating, "preserve[d] their legal arguments" and objection for appeal.[1]

    Thus, no cause having been shown, the court GRANTS the petition[2] for a bond hearing based on the reasoning in *Destino* and orders the respondents to provide the petitioner with a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable.  The petition is DENIED in all other respects.  The parties shall file a status report within 10 days of this order.

    SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated: March 4, 2026

Cc: Counsel of record

---

[1] Show Cause Resp. (doc. no. 8) at 1-2.  The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.
[2] Pet. Writ Habeas Corpus (doc. no. 1).