UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Pedro Filipinga

    v.                                Case No. 26-cv-143-JL-AJ

Christopher Brackett, et al.

JUDGMENT

In accordance with the Order by District Judge Joseph N. Laplante dated March 4, 2026, judgment is hereby entered.

By the Court:

_____
Tracy A. Uhrin
Clerk of Court

Date: March 27, 2026

cc:  Counsel of Record